IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | ) ) ) |
| Plaintiff, | ) Case No.: **CV-09-8147-PCT-DKD** ) ) **CONSENT DECREE** |
| vs. | ) ) |
| Red Rock Western Jeep Tours, Inc., | ) ) |
| Defendants. | ) ) |

The United States Equal Employment Opportunity Commission (the "Commission" or "EEOC") filed this action against Red Rock Western Jeep Tours, Inc. ("Red Rock" or "Defendant") to enforce the Age Discrimination in Employment Act of 1967 ("ADEA") and the Civil Rights Act of 1991, 42 U.S.C. §1981a. In its Complaint, the Commission alleged that Red Rock terminated Gloria Rose, who was over 40 years of age because of her age. Red Rock denies all such charges.

The parties do not object to the jurisdiction of the Court over this Action and waive their rights to a hearing and the entry of findings of fact and conclusions of law.

In the interest of resolving this matter, and as a result of having engaged in comprehensive settlement negotiations, the parties have agreed that this action should be resolved finally by entry of this Decree.

It is hereby ORDERED, ADJUDGED AND DECREED:

1. This Decree resolves all claims of the Commission in this matter against Red Rock, including but not limited to, allegations of back pay, front pay, interest, injunctive relief, and costs arising out of the issues in this lawsuit.

## INJUNCTION

2. Red Rock, and its officers, agents, employees, successors, assigns and all persons in active concert or participation with it, both at the time that this Decree becomes effective and for the duration of this Decree, are enjoined from engaging in any employment practice which discriminates on the basis of age against individuals 40 years



of age and older.

3. Red Rock, and its officers, agents, employees, successors, assigns and all persons in active concert or participation with it, both at the time that this Decree becomes effective and for the duration of this Decree, are enjoined from retaliating against any employee because he or she: (i) opposes or opposed discriminatory practices made unlawful by the ADEA; (ii) files or filed a charge of discrimination, assists or has assisted, participates or has participated in the filing of a charge of discrimination; or (iii) assists, assisted, participates or participated in an investigation or proceeding brought under the Federal or State laws prohibiting discrimination or retaliation.

4. In accordance with the ADEA, Red Rock, and its officers, agents, employees, successors, assigns and all persons in active concert or participation with it, both at the time that this Decree becomes effective and for the duration of this Decree, shall carry out policies, practices and programs which provide equal employment opportunities for individuals who are 40 years of age and older.

## MONETARY RELIEF

5. Red Rock shall make a payment in the amount of thirty-five thousand dollars ($35,000.00) dollars in resolution of all claims asserted in this case, one-half to be reported as back pay and reported on a Form W-2. One-half will be reported on a Form 1099 by January 31, 2011. Payments determined to be back pay shall be reported on a Form W-2 by January 31, 2011.

6. The amount set forth in paragraph 5 of this Decree shall be paid by Red Rock in the form of a cashier's check or money order, payable to Mrs. Rose at the rate of $25,000, within thirty days of the date of this Decree and five payments of $2,000 in monthly payments beginning thirty days after the initial payment is made. If payments are not received by the designated date interest shall attach at the Prime rate (as identified by the Wall Street Journal) plus 2%. Such check or money order shall be mailed directly by Red Rock to Mrs. Rose, at the address to be provided by the Commission. Within three business days of the issuance of the check or money order, Red Rock shall submit a copy of the check or money order, and related correspondence, to the United States Equal

Employment Opportunity Commission, Regional Attorney, at 3300 North Central Avenue, Suite 690, Phoenix, Arizona, 85012.

7. Red Rock shall post, for the duration of this Decree, in a prominent place frequented by its employees, including, both at the time that this Decree becomes effective and for the duration of this Decree, the Notice attached hereto as Attachment A. The Notice shall be the same type, style and size as set forth in Attachment A.

8. Red Rock shall not condition the receipt of this monetary relief on Mrs. Rose's agreement to (a) waive her statutory right to file a charge with any federal or state anti-discrimination agency with any other employer; or (b) waive her right to apply for a position with Red Rock; or (c) maintain confidentiality.

## EXPUNGEMENT OF PERSONNEL FILES

9. Defendant shall seal the personnel file of Gloria Rose including (a) all references to the charge of discrimination filed against Defendant that formed the basis of this action; (b) all references to Gloria Rose's participation in this action; (c) any derogatory documents which relate to complaints or investigation of complaints of unlawful discrimination on the basis of age and/or retaliation; and (d) any other documents relating to the termination of Gloria Rose subject only to valid subpoena.

## TRAINING

10. Red Rock shall provide seminars/trainings regarding the ADEA to all employees at Red Rock who have the authority to hire or fire or recommend such, or accept applications for hiring.

11. The first seminar-training session shall be conducted within four months of the entry of this decree and the second one shall take place within 12 months of the first training session.

12. The training shall be persons or videos acceptable to the Commission. Red Rock shall submit the name(s), address(es), telephone number(s), and resume(s) of the proposed person or video, and the contents of the training, as well as the dates of the proposed seminar to the EEOC at least sixty days prior to the proposed training session. The Commission shall have thirty days from the date of receipt of the



information described above to accept or reject the proposed person or video and/or the contents of the seminar.

13. The seminar-training session shall be no less than two hours of instruction, including time for questions and answers. All personnel attending the training shall both register and attend the seminar-training sessions, as required. The registry of attendance shall be retained by Red Rock for the duration of the decree.

14. The seminars shall include the subject of what constitutes age discrimination, that age discrimination in the recruitment, hiring, firing, layoff, compensation, assignment or other terms, conditions or privileges of employment violates the ADEA, how to prevent age discrimination; how to provide a work environment free from age discrimination; to whom and by what means employees may complain if they believe they have been subjected to age discrimination in the workplace; Red Rock's statutory obligations under the ADEA in general, and in particular its obligation not to discriminate on the basis of age in employment decisions concerning the continuing employment of current staff; and objective, non-discriminatory decision-making and proper procedures for evaluations, reductions in force and layoffs.

15. The Commission, at its discretion, may designate Commission representatives to attend and participate in any of the seminar-training sessions described above, and the representatives shall have the right to attend and fully participate in all the sessions.

## OTHER RELIEF

16. Red Rock shall seal any personnel file regarding Mrs. Rose, whether official or unofficial, any reference to the charge of discrimination filed against Red Rock that formed the basis of this action and any derogatory document which relates to complaints or investigation of complaints of age discrimination subject to valid subpoena.

17. Within sixty (60) days of the entry of this Decree, Red Rock shall institute written policies and practices that help ensure a work environment free from age discrimination for its employees and that allows employees to raise concerns or complaints without retaliation about matters, whether alleged, perceived or actual, made



unlawful by the ADEA. The policies should include, at a minimum, the following information:

  A. Information describing what constitutes age discrimination.

  B. Information explaining that discrimination in the recruitment, hiring, firing, layoff, compensation, assignment or other terms, conditions or privileges of employment violates the ADEA.

  C. Information on how to prevent age discrimination.

  D. Information on how to provide a work environment free from age discrimination.

  E. To whom and by what means employees may complain if they believe they have been subjected to age discrimination in the workplace.

  F. Red Rock's statutory obligation under the ADEA in general, and in particular its obligation not to discriminate on the basis of age in employment decisions concerning the continuing employment of current staff; and objective, non-discriminatory decision-making and proper procedures for evaluations, reductions in force and layoffs.

18. Within sixty (60) days of the entry of this Decree, Red Rock shall post for all employees of Red Rock to see a copy of these written policies.

19. Within sixty (60) days of the entry of this Decree, Red Rock shall ensure that its equal employment opportunity training programs include specific training on age discrimination in all personnel actions, including hiring decisions.

## REPORTING BY DEFENDANT

20. Red Rock shall report in writing to the Regional Attorney of the Commission's Phoenix District Office at 3300 N. Central Ave., Suite 690, Phoenix, Arizona 85012, beginning six (6) months from the date of the entry of this Decree, and thereafter every six (6) months for the duration of the Decree the following information:

  A. Any changes, modifications, revocations, or revisions to its policies and procedures made pursuant to this Decree.

B. The name, job title, social security number, and last known home telephone number and address of any individual employed by Red Rock who has brought allegations of denial of hiring, transfer or re-hiring opportunities based on age discrimination to the attention of Red Rock's Human Resources Department against any Red Rock management official, agent, or employee, whether the allegations are communicated through formal or informal complaint reporting mechanisms, whether telephonic, recorded, verbal or oral, during the six (6) months preceding the report. The nature of the complaint, investigatory efforts made by Red Rock and the corrective action, if any, shall be specified.

C. Confirmation that Red Rock's equal employment opportunity trainings listed in this Decree occurred.

D. Red Rock shall maintain all records concerning its implementation of this Consent Decree during the term of the Decree. Red Rock shall also maintain, and keep available for inspection and copying by EEOC, all records relating to layoffs of its employees at Red Rock.

E. Confirmation that: (i) the Notice required in paragraph 7 of this Decree was posted and the locations where it was posted, and (ii) the sealing of the personnel files required in Paragraph 16 of this Decree took place, the date of the sealing, and the specific place where the sealed records are kept.

21. The parties shall each bear their own costs, and the Commission and Red Rock shall each bear their own attorneys' fees incurred as a result of this action through the filing of this Decree.

22. The duration of this Decree shall be one and one half (1 ½) years from its entry. This Court shall retain jurisdiction over this action for the duration of the Decree, during which the Commission may petition this Court for compliance with this Decree.



23. This Decree shall expire by its own terms at the end of one and one half (1 ½) years from the date of entry, without further action by the parties.

24. If any provision(s) of this Consent Decree are found to be unlawful, only the specific provision(s) in question shall be affected and the other provisions shall remain in full force and effect.

25. The parties agree to entry of this Decree, subject to final approval by the Court.

ENTERED AND ORDERED this 11th day of March, 2010.

_____
THE HONORABLE DAVID K. DUNCAN
UNITED STATES MAGISTRATE JUDGE

APPROVED AND CONSENTED TO THIS 3rd DAY OF March, 2010:

RED ROCK WESTER JEEP TOURS, INC.

_____
President JOHN A. SHURTLEFF
CEO

_____
G. Gregory Eagleburger
SANDERS & PARKS, P.C.
3030 N. Third Street, Suite 1300
Phoenix, Arizona 85012

Attorneys for Defendants

MARY JO O'NEILL
Regional Attorney

_____
P. David Lopez
Supervisory Trial Attorney

_____
Christopher Houk for
Richard Sexton
Trial Attorney

_____
Christopher Houk
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, Arizona 85012

Attorneys for Plaintiff